AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Sammeon Lewis

                              JUDGMENT IN A CIVIL CASE
            Plaintiff,
v.                              Case Number: 2:23-cv-00828-APG-EJY

Judicial Officer Ellie Roohani

            Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgement is entered in favor of Defendant Judicial Officer Ellie Roohani and against Plaintiff Sammeon Lewis. Case dismissed with prejudice.

06/22/2023                                           DEBRA K. KEMPI
Date                                                   Clerk

                                                         /s/ A. Miller
                                                         Deputy Clerk